**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TIMOTHY TURNER** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 08-1477** |
| **BURL CAIN, WARDEN** | * | **SECTION: "I"(6)** |

## O R D E R

   The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Timothy Turner, which is hereby **OVERRULED**, approves the Report and Recommendation and adopts it as its opinion in this matter.

Therefore,

   **IT IS ORDERED** that petitioner, Timothy Turner's application for federal habeas corpus relief be **DENIED WITH PREJUDICE.**

   New Orleans, Louisiana, this _____20th_____ day of May, 2009.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE